In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM O. BADGER, JR., Appellant, *v.* JOHN T. DOOLING et al., Constituting the Board of Elections of the City of New York, Defendants.

MICHAEL DITORE, Respondent.

*People ex rel. Badger* v. *Dooling,* 134 App. Div. 946, reversed. ·
(Argued October 27, 1909; decided October 27, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 25, 1909, which reversed an order of Special Term reversing a decision of the defendants which struck the name of the relator as a candidate for the office of justice of the Municipal Court of the city of New York from the Republican column on the official ballot.

*Robert Stewart* and *Wendell P. Barker* for appellant.

*John J. Fitzgerald* and *William S. Butler* for respondent.

Order of Appellate Division reversed and that of Special Term affirmed, without costs ; no opinion.

Concur : CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT. HISCOCK and CHASE, JJ. Absent: GRAY, J.